**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6961**

RAFAEL ROMERO,

                  Petitioner - Appellant,

          v.

WARDEN,

                  Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J. Frederick Motz, Senior District Judge.  (1:13-cv-00036-JFM)

Submitted:  December 11, 2015        Decided:  January 19, 2016

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rafael Romero, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rafael Romero seeks to appeal the district court's decision to return his motion for miscellaneous relief without docketing it because the motion pertained to the filing fee in a case that was closed in 2013. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012). The decision Romero seeks to appeal is not an appealable judgment or order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED